### NEW HAVEN SAVINGS BANK *v.* EDWARD F. ALLEN
### (10857)

DALY, FOTI and HEIMAN, Js.

Submitted on briefs October 30—decision released November 24, 1992

*Edward F. Allen,* pro se, the appellant (defendant), filed a brief.

*William J. Sarris* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.